UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

STRIKE 3 HOLDINGS, LLC,

      Plaintiff,             Case No. 21-cv-11019
                                   Hon. Matthew F. Leitman

v.

JOHN DOE subscriber assigned
IP Address 108.244.197.66,

      Defendant.
_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiff, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

                                       s/Matthew F. Leitman
                                       MATTHEW F. LEITMAN
                                       UNITED STATES DISTRICT JUDGE

Dated: July 29, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 29, 2021, by electronic means and/or ordinary mail.

                                       s/Holly A. Monda
                                       Case Manager
                                       (810) 341-9764